UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTROWN T. SIMMS, *Pro Se,* | ) | Case Nos.: 1:10 CV 1396 |
| | ) | 1:06 CR  444 |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

The court, having denied Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside,

or Correct Sentence By a Person in Federal Custody (1:10 CV 1396, ECF No. 1) in a separate Order

on this same date, hereby enters judgment for the Respondent and against the Petitioner.  Further,

the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not

be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.

28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

March 14, 2011